UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELEVATING BOATS, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO:  05-3311** |
| **PERF-O-LOG, INC. ET AL.** | **SECTION: "S" (4)** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that American Steamship Owners' Mutual Protection & Indemnity Association, Inc.'s motion for summary judgment is **GRANTED,** and all claims against American Steamship Owners' Mutual Protection & Indemnity Association, Inc. are **DISMISSED**.  (Document #93.)[1]

## BACKGROUND AND DISCUSSION

Elevating Boats, L.L.C. (Elevating Boats) filed a complaint seeking, *inter alia*, coverage and reimbursement for injuries sustained by an employee against its underwriter, American

---

[1] Because of the disposition of this motion, it is unnecessary to address the alternative "Motion to Dismiss for Improper Venue or Alternatively to Transfer Insurance Dispute to the Southern District of New York," document #92, and Elevating Boats' "Motion to Strike Witness from Witness List of American Steamship Owners' Mutual Protection & Indemnity Association, Inc.," document #90..

Steamship Owners' Mutual Protection & Indemnity Association, Inc. (American Club). American Club filed a motion for summary judgment seeking dismissal of the claims against American Club as premature. American Club argues that Elevating Boats violated Rule 1, Section 42 of the by-laws, which contains a dispute resolution provision.

Section 42 provides:

> If any difference or dispute shall arise between a Member and the Association concerning the construction of these Rules, or the insurance afforded by the Association under these Rules, or any amount due from the Association to the Member, such difference or dispute shall in the first instance be referred to and adjudicated by the Directors. No Member shall be entitled to maintain any action, suit or other legal proceeding against the Association upon any such difference or dispute unless and until the same has been submitted to the Directors and they shall have given their decision thereto, or shall have been in default for three months in so doing. Any such suit against the Association shall be brought in the United States District Court for the Southern District of New York. In no event shall any suit on any claim be maintainable against the Association unless commenced within two years after the loss, damage or expense resulting from liabilities, risks, events, occurrences, and expenses specified under this Rule shall have been paid by the Member.

The parties do not dispute that American Club's by-laws and rules are binding on all of its members and that the matter of reimbursement has not been presented to or adjudicated by the Board of Directors in the first instance. Because Elevating Boats has not complied with the dispute resolution clause, the claims against the American Club are premature. Further, once the Board of Directors renders a decision or is in default in rendering a decision for three months, Elevating Boats may seek a judicial remedy for its claims in the United States District Court for the Southern District of New York.

Accordingly, there are no disputed issues of material fact, and the American Club is

entitled to judgment as a matter of law dismissing the action as premature.

New Orleans, Louisiana, this  25th  day of January, 2007.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**